IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK NELLOM, FRANK NELLOM & CO.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DARBY BOROUGH, et al.** : <br> Defendants. : | **CIVIL ACTION NO. 12-4627** |

# ORDER

**AND NOW**, this 13th day of December 2012, upon review of Plaintiff's Motion for Preliminary Injunction [Doc. No. 10] and Defendants' response thereto [Doc. No. 12], Defendants' Motion to Dismiss [Doc. No. 11], to which there was no response, and Plaintiff's Motion for Summary Judgment [Doc. No. 14], Defendants' response [Doc. No. 16], and Plaintiff's brief in support [Doc. No. 17], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED**. This action is dismissed, in its entirety, *with prejudice*, for failure to state a claim on which relief can be granted.

2. Plaintiff's Motion for Preliminary Injunction is **DENIED**.

3. Because the Complaint is dismissed with prejudice for failure to state a claim, Plaintiff's Motion for Summary Judgment is **DISMISSED AS MOOT.**

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED.**

                                                          **BY THE COURT:**

                                                          **/s/ Cynthia M. Rufe**

                                                          **CYNTHIA M. RUFE, J.**